IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN FOX, on behalf of herself and a class, ) | |
| ) | 09-cv-2160 |
| Plaintiff, ) | Judge Hart |
| ) | Magistrate Judge Denlow |
| v. ) | |
| ) | |
| VALENTINE & KEBARTAS, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Susan Fox hereby voluntarily dismisses her individual claims with prejudice and those of the putative class without prejudice, each party to bear its own costs.

Respectfully submitted,

s/ Zachary A. Jacobs
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

      I, Zachary A. Jacobs, certify that on June 1, 2009, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically. A copy of the foregoing document was served via Facsimile and U.S. Mail upon the following:

Robert Handley
Valentine & Kebartas, Inc.
524 Cleveland Blvd, Suite 201
Caldwell, ID 83605
(208) 453-9626 (FAX)


                                                   s/ Zachary A. Jacobs
                                                       Zachary A. Jacobs