# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2160 | **DATE** | 6/3/2009 |
| **CASE TITLE** | Susan Fox vs. Valentine & Kebartas, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice, each party to bear its own costs. Case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|